**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Julio RAMIREZ, a.k.a. Cacho,**
**Defendant–Appellant.**

**United States of America,**
**Plaintiff–Appellee,**

v.

**Julio Ramirez, Defendant–Appellant.**

**Nos. 08–11225, 08–11273**
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

Jan. 29, 2009.

Stewart Glenn Abrams, Federal Public Defender, Kathleen M. Williams, Miami, FL, for Appellant.

Anne R. Schultz, U.S. Attorney's Office, Miami, FL, for Appellee.

Before TJOFLAT, DUBINA and WILSON, Circuit Judges.

PER CURIAM:

Stewart Abrams, appointed counsel for Julio Ramirez in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Ramirez's convictions and sentences are **AFFIRMED.**